No. 01-15-00567-CV

IN THE COURT OF APPEALS FOR
THE FIRST DISTRICT OF TEXAS
SITTING AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 7:38:25 PM
CHRISTOPHER A. PRINE
Clerk

DON PETERSON, MACKEY PETERSON, TONYA PETERSON, AND LONNY PETERSON,

     Appellants,

v

SILVERADO SENIOR LIVING, INC., d/b/a SILVERADO SENIOR LIVING – SUGAR LAND,

     Appellee.

On Appeal from
Probate Court No. One, Harris County, Texas
Honorable Lloyd Wright, presiding
Trial Court Cause No. 427,208-401
on transfer from the 129th Judicial District Court,
Harris County, Texas, Cause No. 2014-40980

APPELLANTS' APPENDIX

Respectfully submitted,

ORAL ARGUMENT REQUESTED

Philip M. Ross
State Bar No. 017304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:   /s/ Philip M. Ross
     Philip M. Ross
     Attorney for Appellants

# APPENDIX

TAB

1    DOCKET INFORMATION

2    Order granting Defendant Silverado Senior Living, Inc. d/b/a
     Silverado Senior Living – Sugar Land's Rule 91a motion to dismiss
     in Cause Nos. 427,208 and/or 427,208-401 signed on November 10, 2014;

3    Order denying motion to reconsider 91a motion to dismiss and motion
     for sanctions, signed on January 9, 2015;

4    Order granting application for attorney's fees pursuant to Rule 91a
     Order entered on November 10, 2014, signed on January 9, 2015;

5    Order granting Silverado's first amended plea to the jurisdiction,
     signed on January 9, 2015;

6    Order granting Silverado's 91a motion to dismiss Plaintiffs' breach of
     trust and/or breach of fiduciary duty in Cause No. 427,208 and/or No.
     427,208-401, signed on January 9, 2015;

7    Order granting Silverado's motion to modify order granting first
     amended plea to the jurisdiction in Cause No. 427,208 and/or No.
     427,208-401, signed on May 12, 2015; and

8    Modified Order granting Silverado's first amended plea to the
     jurisdiction in Cause No. 427,208 and/or No. 427,208-401, signed on
     May 12, 2015.

9    Amended Notice of Appeal, dated June 16, 2015.

Respectfully submitted,

/s/ Philip M. Ross

Philip M. Ross

State Bar No. 17304200

1006 Holbrook Road

San Antonio, Texas 78218

Phone: 210/326-2100
Email: ross_law@hotmail.com
Attorney for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was e-filed and sent by email or electronic delivery by agreement to:

Josh Davis
Lewis Brisbois Bisgaard & Smith, LLP
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, TX 77046

on November 17, 2015.

/s/  Philip M. Ross
Philip M. Ross

# TAB 1

# DOCKET INFORMATION

Trial Court Cause No. 427208-401

In the County Probate Court Number One (1)

of Harris County, Texas

Honorable LOYD H. WRIGHT, Judge Presiding

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 11:39:34 AM
CHRISTOPHER A. PRINE
Clerk

RUBY S. PETERSON

, Incap.

Appealed to the

1st Court of Appeals, at Houston, Texas

Attorney for Appellant(s):

Name: PHILIP M. ROSS

Address: 1006 HOLBROOK ROAD, SAN ANTONIO, TEXAS 78218

Telephone no.: 210-326-2100

Fax no.: N/A

E-mail address: ROSS_LAW@HOTMAIL.COM

SBOT no.: 17304200

Attorney for: MACKEY GLEN PETERSON, TONYA PETERSON,D ON LESLIE PETERSON, AND LONNY PETERSON

Name of clerk preparing the clerk's record: Hastings, Marisol (CCO)

| Event Date | Event Type | Vol - Page |
|---|---|---|
| 7/16/2015 | Cover Page | 1 - 1 |
| 7/16/2015 | Index | 1 - 2 |
| 7/13/2015 | Clerks Notation | 1 - 9 |
| 7/13/2015 | Appeal Term | 1 - 10 |
| 9/19/2014 | Index | 1 - 11 |
| 9/19/2014 | ORDER OF TRANSFER TO PROBATE COURT PURSUANT TO PROBATE COURT ORDER SIGNED 8/19/14 | 1 - 15 |
| 9/19/2014 | EXHIBIT A- ORDER OF TRANSFER, SIGNED 7/25/14 | 1 - 18 |
| 9/19/2014 | HARRIS COUNTY DOCKET SHEET | 1 - 21 |
| 9/19/2014 | PLAINTIFFS' ORIGINAL PETITION | 1 - 23 |
| 9/19/2014 | Civil Case Information Sheet | 1 - 65 |
| 9/19/2014 | REVOCATION OF PREVIOUS POWERS OF ATTORNEY | 1 - 67 |
| 9/19/2014 | WITNESS TO THE SIGNING OF A DURABLE POWER OF ATTORNEY | 1 - 72 |
| 9/19/2014 | ORDER GRANTING PLAINTIFFS' AMENDED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER ORDER NOT ENTERED | 1 - 132 |
| 9/19/2014 | EXHIBIT 2- LETTER FROM: SHERRY JOHNSTON | 1 - 137 |
| 9/19/2014 | EXHIBIT 3- LETTER FROM: SHERRY JOHNSTON | 1 - 139 |
| 9/19/2014 | EXHIBIT 4- LETTER FROM: DAVID DEXEL | 1 - 141 |
| 9/19/2014 | EXHIBIT 5- LETTER | 1 - 143 |
| 9/19/2014 | EXHIBIT 8- LETTER FROM: SHERRY JOHNSTON | 1 - 145 |
| 9/19/2014 | REVOCATION OF PREVIOUS POWERS OF ATTORNEY | 1 - 148 |
| 9/19/2014 | EXHIBIT- LETTER | 1 - 154 |
| 9/19/2014 | DURABLE POWER OF ATTORNEY | 1 - 175 |
| 9/19/2014 | EXHIBIT- LETTER FROM: CECIL C. HAFFELFINGER | 1 - 182 |
| 9/19/2014 | Exhibit- Letter | 1 - 184 |
| 9/19/2014 | Exhibit- Letter From: Ruby Peterson | 1 - 186 |
| 9/19/2014 | Exhibit - Letter From: Mack Peterson O & O | 1 - 188 |
| 9/19/2014 | Exhibit -The Right To Refuse Antipsychotic Drugs: Safeguarding The Mentally Incompetent Patient's Right To Procedural Due Process | 1 - 193 |
| 9/19/2014 | Exhibit - Aarp Wins Class Action Against Over-Drugging Of Seniors | 1 - 230 |

| | | |
|---|---|---|
| 9/19/2014 | Exhibit - The Mass Psychotropic Drugging Of The Elderly | 1 - 235 |
| 9/19/2014 | Exhibit - Human Resources Code Title 6. Services For The Elderly | 1 - 241 |
| 9/19/2014 | Exhibit - Health And Safety Code Title 7. Mental Health And Mental Retardation | 1 - 249 |
| 9/19/2014 | Exhibit - The Right To Refuse Antipsychotic Drugs: Safeguarding The Mentally Incompetent Patient's Right To Procedural Process | 1 - 275 |
| 9/19/2014 | Exhibit - Medicine Net.Com | 1 - 312 |
| 9/19/2014 | Exhibit - Drug Abuse: Antipsychotics In Nursing Homes | 1 - 316 |
| 9/19/2014 | Affidavit Of Carol Jane Peterson | 1 - 323 |
| 9/19/2014 | Affidavit Of Donny (Don) Leslie Peterson | 1 - 332 |
| 9/19/2014 | Affidavit Of Mackey (Mack) Glen Peterson | 1 - 336 |
| 9/19/2014 | Affidavit Of Tonya Peterson | 1 - 341 |
| 9/19/2014 | Affidavit Of Sherry Peterson | 1 - 350 |
| 9/19/2014 | DAVID PETERSON AND CAROL MANLEY'S RESPONSE TO APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER | 1 - 352 |
| 9/19/2014 | AFFIDAVIT AUTHENTICATING EXHIBITS | 1 - 367 |
| 9/19/2014 | EXHIBIT A- DURABLE POWER OF ATTORNEY | 1 - 370 |
| 9/19/2014 | EXHIBIT B-AFFIDAVIT OF CUSTODIAN OF RECORDS OF DR. CHRISTOPHER MERKL | 1 - 378 |
| 9/19/2014 | EXHIBIT C- LETTER FROM: SARAH PATEL PACHECO, CRAIN CATON & JAMES, PC | 1 - 383 |
| 9/19/2014 | EXHIBIT D- STATUTORY DURABLE POWER OF ATTORNEY | 1 - 388 |
| 9/19/2014 | EXHIBIT E- STATUTORY DURABLE POWER OF ATTORNEY | 1 - 393 |
| 9/19/2014 | EXHIBIT F- REVOCATION OF PREVIOUS POWERS OF ATTORNEY | 1 - 398 |
| 9/19/2014 | EXHIBIT G- LETTER FROM: SARAH PATEL PACHECO, CRAIN CATON & JAMES, PC | 1 - 400 |
| 9/19/2014 | EXHIBIT H- ORIGINAL PETITION FOR APPOINTMENT OF TEMPORARY AND PERMANENT GUARDIAN(S) OF THE PERSON AND ESTATE OF RUBY S. PETERSON, FOR DECLARATORY JUDGMENT, AND FOR ALTERNATIVE RELIEF, TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION | 1 - 405 |
| 9/19/2014 | EXHIBIT I- COURT INVESTIGATOR REPORT PURSUANT TO §648A & §683 OF THE TEXAS PROBATE CODE | 1 - 432 |
| 9/19/2014 | EXHIBIT J- LETTER FROM: SARAH PATEL PACHECO, CRAIN CATON & JAMES, PC | 1 - 436 |
| 9/19/2014 | EXHIBIT K- REPORT OF GUARDIAN AD LITEM | 1 - 442 |
| 9/19/2014 | EXHIBIT L- LETTER FROM: MACK PETERSON | 1 - 471 |

| 9/19/2014 | SWORN EMERGENCY APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION | 1 - 475 |
|---|---|---|
| 9/19/2014 | Subpoena Returned -Subpoena Duces Tecum To Attorney, Michael Hirsch | 1 - 525 |
| 9/19/2014 | Letter From: Sylvia A. Matthews, Judge, 281St District Court | 1 - 529 |
| 9/19/2014 | PLAINTIFFS' AMENDED PETITION AND JURY DEMAND | 1 - 532 |
| 9/19/2014 | PLAINTIFFS' SECOND AMENDED PETITION AND JURY DEMAND | 1 - 593 |
| 9/19/2014 | CIVIL PROCESS REQUEST TO: CAROL ANN MANLEY | 1 - 678 |
| 9/19/2014 | CIVIL PROCESS REQUEST TO: SILVERADO SENIOR LIVING OF SUGARLAND, TEXAS | 1 - 681 |
| 9/19/2014 | PLAINTIFFS' SECOND AMENDED PETITION AND JURY DEMAND | 1 - 684 |
| 9/19/2014 | CIVIL PROCESS REQUEST TO: SILVERADO SENIOR LIVING OF SUGARLAND, TEXAS | 1 - 769 |
| 9/19/2014 | CIVIL PROCESS REQUEST TO: CAROL ANN MANLEY | 1 - 772 |
| 9/19/2014 | PLAINTIFFS' SECOND AMENDED PETITION AND JURY DEMAND | 1 - 775 |
| 9/19/2014 | PLAINTIFFS' SECOND AMENDED PETITION AND JURY DEMAND | 1 - 860 |
| 9/19/2014 | CIVIL PROCESS REQUEST TO: CAROL ANN MANLEY | 1 - 945 |
| 9/19/2014 | CIVIL PROCESS REQUEST TO: SILVERADO SENIOR LIVING OF SUGARLAND, TEXAS | 1 - 948 |
| 9/19/2014 | SWORN EMERGENCY APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION | 1 - 951 |
| 9/19/2014 | ORDER GRANTING PLAINTIFFS' AMENDED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER ORDER NOT ENTERED | 1 - 1002 |
| 9/19/2014 | Affidavit Of Carol Jane Peterson | 2 - 1008 |
| 9/19/2014 | Affidavit Of Donny (Don) Leslie Peterson | 2 - 1017 |
| 9/19/2014 | Affidavit Of Mackey (Mack) Glen Peterson | 2 - 1021 |
| 9/19/2014 | Affidavit Of Mackey (Mack) Glen Peterson | 2 - 1026 |
| 9/19/2014 | Affidavit Of Tonya Peterson | 2 - 1031 |
| 9/19/2014 | REQUEST Civil Process Request To: Carol Ann Manley | 2 - 1040 |
| 9/19/2014 | CIVIL PROCESS REQUEST TO: SILVERADO SENIOR LIVING OF SUGARLAND, TEXAS | 2 - 1043 |
| 9/19/2014 | NOTICE OF APPEARANCE OF COUNSEL PHILIP M. ROSS | 2 - 1046 |
| 9/19/2014 | CIVIL PROCESS PICK-UP FORM CHRIS DANIEL, HARRIS COUNTY DISTRICT CLERK | 2 - 1050 |

| 9/19/2014 | MOTION TO TRANSFER FROM DISTRICT COURT TO PROBATE COURT PURSUANT TO PROBATE COURT ORDER | 2 - 1052 |
|---|---|---|
| 9/19/2014 | ORDER OF TRANSFER TO PROBATE COURT PURSUANT TO PROBATE COURT ORDER ORDER NOT ENTERED | 2 - 1056 |
| 9/19/2014 | MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS FOR DISCOVERY ABUSE | 2 - 1059 |
| 9/19/2014 | Letter From: Candice Schwager, Re: Cease And Desist Letter From Silverado Senior Living | 2 - 1074 |
| 9/19/2014 | Letter From: Candice Schwager, Re: Silverado - Peterson | 2 - 1079 |
| 9/19/2014 | Letter From: Josh Davis, Re: Cease And Desist Letter From Silverado Senior Living | 2 - 1084 |
| 9/19/2014 | Letter From: Phil Ross, Re: Ruby Peterson | 2 - 1087 |
| 9/19/2014 | Letter From: Candice Schwager, Re: Ruby Peterson | 2 - 1093 |
| 9/19/2014 | Letter From: Josh Davis, Re: Silverado Visitation | 2 - 1100 |
| 9/19/2014 | Letter From: Kathleen Tanner Beduze, Re: Ruby Peterson | 2 - 1106 |
| 9/19/2014 | Letter From: Kathleen Tanner Beduze, Re: Ruby Peterson | 2 - 1113 |
| 9/19/2014 | Letter From: Candice Schwager, Re: Ruby Peterson | 2 - 1118 |
| 9/19/2014 | Letter From: Candice Schwager, Re: Ruby Peterson | 2 - 1125 |
| 9/19/2014 | Letter From: Kathleen Tanner Beduze, Re: Ruby Peterson | 2 - 1132 |
| 9/19/2014 | Letter From: Candice Schwager, Re: Ruby Peterson | 2 - 1140 |
| 9/19/2014 | Notice Of Submission- Kathleen Tanner Beduze, Crain Caton & James, Pc | 2 - 1154 |
| 9/23/2014 | RESPONSE TO MOTION FOR PROTECTION AND, ALTERNATIVELY, MOTION TO COMPEL | 2 - 1157 |
| 9/24/2014 | DEFENDANT RESPONSE TO PLAINTIFFS MOTION FOR PROTECTION AND ALTERNANTIVELY MOTION TO COMPEL | 2 - 1220 |
| 9/24/2014 | MOTION FOR CONTINUANCE OF HEARING DATE FOR MOTION IN LIMINE AND FOR DISQUILIFICATION OF DAVID PETERSON AND CAROL ANNE NABKET | 2 - 1227 |
| 9/24/2014 | NOTICE OF SUBMISSION | 2 - 1235 |
| 9/24/2014 | REPLY TO SILVERADO'S REPONSE TO PLAINTIFFS MOTION FOR PROTECTION, AND ALTERNATIVELY, MOTION TO COMPEL | 2 - 1238 |
| 10/8/2014 | PLAINTIFFS' AMENDED MOTION IN LIMINE AND FOR DISQUALIFICATION OF CAROL ANN MANLEY AND DAVID TROY PETERSON | 2 - 1245 |
| 10/8/2014 | PLAINTIFFS' SUPPLEMENTAL RESPONSE TO CONSPIRACY OF MOTIONS FOR SANCTIONS AND/OR CONTEMPT | 2 - 1293 |
| 10/8/2014 | DEFENDANTS' JOINDER IN MOTION PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 215 AND SUPPLEMENTAL MOTION FOR SANCTIONS | 2 - 1305 |
| 10/8/2014 | OBJECTION TO LATE FILED HEARING NOTICE REGARDING RULE 215 SANCTIONS | 2 - 1356 |

| | | |
|---|---|---|
| 10/9/2014 | GUARDIAN AD LITEM & ATTORNEY AD LITEM'S SUPPLEMENTAL REPLY TO PLAINTIFFS' RESPONSE TO MOTIN FOR SANCTIONS AND TO SHOW CAUSE | 2 - 1359 |
| 10/13/2014 | DEFENDANT'S RESPONSE TO PLAINTIFFS' IMPLIED MOTION TO COMPEL | 2 - 1370 |
| 10/14/2014 | AFFIDAVIT OF DUE DILLIGENCE | 2 - 1375 |
| 10/21/2014 | ORDER ON DAVID PETERSON AND CAROL ANNE MANLEY'S MOTION FOR GAG ORDER, SIGNED OCTOBER 16, 2014 | 2 - 1376 |
| 10/21/2014 | SUPPLEMENTAL RESPONSE TO SANCTIONS MOTIONS | 2 - 1377 |
| 10/21/2014 | ORDER DENYING SANCTIONS AGAINST PLAINTIFFS AND/OR CANDICE SCHWAGER | 2 - 1384 |
| 11/11/2014 | ORDER ON DAVID PETERSON AND CAROL ANNE MANLEY'S MOTION FOR SANCTIONS, SIGNED 11-10-2014 | 2 - 1385 |
| 11/11/2014 | ORDER GRANTING AUTHORITY FOR GUARDIAN AD LITEM AND ATTORNEY AD LITEM TO EXECUTE PETERSON RULE 11 AGREEMENT; SIGNED 11/7/14 | 2 - 1386 |
| 11/17/2014 | MOTION TO RECONSIDER RULINGS WITH AFFIDAVIT OF INABILITY TO PAY & COUNTER MOTION FOR SANCTIONS AND/OR APPLICATION OF CLEAN HANDS DOCTRINE | 2 - 1391 |
| 11/19/2014 | REPLY TO SILVERADO'S RESPONSE TO PLAINTIFFS' MOTION FOR PROTECTION, AND ALTERNATIVELY, MOTION TO COMPEL | 2 - 1417 |
| 11/19/2014 | ORDER DENYING MOTION FOR PROTECTION AND, ALTERNATIVELY, MOTION TO COMPEL, SIGNED SEPTEMBER 25, 2014 | 2 - 1424 |
| 11/19/2014 | MOTION FOR LIMINE AND FOR DISQUALIFICATION OF DAVID PETERSON AND CAROL ANNE MANLEY, SIGNED OCTOBER 16, 2014 | 2 - 1426 |
| 12/5/2014 | BRIEF IN SUPPORT OF MOTION TO RECONSIDER AND RESCIND RULE 91A DISMISSAL OF SILVERADO AND SANCTIONS ORDERS | 2 - 1434 |
| 12/5/2014 | BRIEF IN SUPPORT OF MOTION TO RECONSIDER AND RESCIND RULE 91A DISMISSAL OF SILVERADO AND SANCTIONS ORDERS | 2 - 1448 |
| 12/9/2014 | Notice of Hearing On Thursday, 1/8/2015 At 2:00 Pm | 2 - 1462 |
| 12/9/2014 | FIRST SUPPLEMENT TO APPLICATION FOR ATTORNEY FEES PURSUANT TO RULE 91A ORDER ENTERED ON 11/10/2014 | 2 - 1464 |
| 12/16/2014 | OBJECTION TO RULE 91A DISMISSAL OF CLAIMS AGAINST SILVERADO FEE APPLICATION AD MOTION FOR SANCTIONS | 2 - 1481 |
| 1/22/2015 | PLANTIFFS SOLE REMAINING CLAIM: BREACH OF TRUST AND/OR BREACH OF FIDUCIARY DUTY; THIS INSTRUMENT RETURNED UNSIGNED BY JUDGES OFFICE | 2 - 1496 |
| 1/22/2015 | ORDER GRANTING SILVERADO'S FIRST AMENDED PLEA TO THE JURISDICTION; SIGNED 1/9/15 | 2 - 1509 |
| 1/22/2015 | ORDER GRANTING APPLICATION FOR ATTORNEY FEES PURSUANT TO RULE 91A ORDER ENTERD ON NOVEMBER 10, 2014 | 2 - 1514 |
| 1/22/2015 | ORDER DENYING MOTION TO RECONSIDER 91A MOTION TO DISMISS AND MOTION FOR SANCTIONS; SIGNED 1/9/15 | 2 - 1516 |
| 1/22/2015 | PLAINTIFFS BREACH OF TRUST AND/OR BREACH OF FIDUCIARY DUTY; DISMISSED WITH PREJUDICE SIGNED 1/9/15 | 2 - 1525 |
| 1/22/2015 | FIFTH AMENDED PETITION | 2 - 1537 |
| 1/23/2015 | FIRST AMENDED APPLICATION FOR PAYMENT OF APPOINTEE'S FEES AND EXPENSES PURSUANT TO TEXAS ESTATES CODE SECTION 1054.055 FOR THE TIME PERIOD MARCH 27 2014 THROUGH OCTOBER 31, 2014 | 2 - 1556 |
| 1/23/2015 | APPLICATION FOR PAYMENT OF APPOINTEE'S FEES AND EXPENSES PURSUANT TO TEXAS ESTATE CODE SECTION 1054.055 FOR THE TIME PERIOD FEBRUARY 26, 2014 THROUGH NOVEMBER 7, 2014, SIGNED 01-19-2015 | 2 - 1588 |

| 2/6/2015 | PLAINTIFFS & SCHWAGER MOTION TO MODIFY ORDERS CONCERNING RULE 91A DISMISSAL PLEA TO THE JURISDICTION AND SANCTIONS | 3 - 1617 |
|---|---|---|
| 2/9/2015 | Notice of Appeal | 3 - 2043 |
| 2/19/2015 | NOTICE OF ASSIGNMENT | 3 - 2047 |
| 2/23/2015 | Misc. Notice | 3 - 2049 |
| 3/10/2015 | DESIGNATION REQUEST-1ST REQUEST - NOTICE LETTER | 3 - 2054 |
| 3/13/2015 | Misc. Notice | 3 - 2055 |
| 3/23/2015 | MOTION TO SET ASIDE RULE 11 AGREEMENT FOR ILLEFALITY LACK OF CONSIDERATION FRAUD AND EMOTIONAL FINANCIAL DURESS | 3 - 2058 |
| 3/23/2015 | AMENDED MOTION TO SET ASIDE RULE 11 AGREEMENT FOR ILLEFALITY LACK OF CONSIDERATION FRAUD AND EMOTIONAL FINANCIAL DURESS | 3 - 2078 |
| 4/7/2015 | Notice of Hearing | 3 - 2103 |
| 4/7/2015 | Notice of Hearing | 3 - 2105 |
| 4/10/2015 | Misc. Notice- Green Card From Court Of Appeals | 3 - 2107 |
| 4/10/2015 | MEMORANDUM OPINION -MOTION TO DISMISS APPEAL GRANTED. | 3 - 2110 |
| 4/10/2015 | JUDGMENT- FIRST COURT OF APPEALS NO. 01-15-00158-CV, JUDGMENT ON UNOPPOSED MOTION TO DISMISS APPEAL JUDGMENT RENDERED APRIL 7, 2015 | 3 - 2112 |
| 5/13/2015 | RESPONSE IN OPPOSITION TO GUARDIAN AD LITEM AND ATTORNEY AD LITEM'S MOTION FOR ENTRY OF JUDGMENT ON NON-REVOCABLE SETTLEMENT AGREEMENT PURSUANT TO SECTION 1055.151(C) OF THE TEXAS ESTATES CODE | 3 - 2113 |
| 5/13/2015 | RESPONSE IN OPPOSITION TO GUARDIAN AD LITEM AND ATTORNEY AD LITEM'S MOTION FOR ENTRY OF JUDGMENT ON NON-REVOCABLE SETTLEMENT AGREEMENT PURSUANT TO SECTION 1055.151(C) OF THE TEXAS ESTATE CODE, RETURNED UNSIGNED BY JUDGE'S OFFICE | 3 - 2119 |
| 5/13/2015 | SILVERADO'S MOTION TO MODIFY ORDER GRANTING FIRST AMENDED PLEA TO THE JURISDICTION; SIGNED 05/12/15. MODIFIED ORDER GRANTING SILVERADO'S FIRST AMENDED PLEA TO THE JURISDICTION; ORDERED THAT PLAINTIFFS CAROL PETERSON AND TONYA PETERSON DO NOT HAVE STANDING TO BRING CLAIMS ON BEHALF OF RUBY PETERSON AS NEXT FRIENDS OR OTHERWISE. SIGNED 05/12/15 | 3 - 2128 |
| 5/13/2015 | SILVERDO'S MOTION FOR SUMMARY JUDGMENT, SIGNED 05-12-2015 | 3 - 2136 |
| 5/18/2015 | NOTICE LETTER-306-SUMMARY JUDGMENT | 3 - 2146 |
| 6/12/2015 | MANDATE FROM THE FIRST COURT OF APPEALS , NO. 01-15-00158-CV, JUDGMENT RENDERED APRIL 7, 2015 | 3 - 2148 |
| 6/12/2015 | BILL OF COST FROM THE FIRST COURT OF APPEALS NO. 01-15-00158-CV | 3 - 2150 |
| 6/12/2015 | GREEN CARD NOTICE FROM THE FIRST COURT OF APPEALS | 3 - 2152 |
| 6/17/2015 | AMENDED NOTICE OF APPEAL | 3 - 2155 |
| 6/26/2015 | NOTICE OF ASSIGNMENT | 3 - 2160 |
| 7/6/2015 | Misc. Notice | 3 - 2162 |
| 7/10/2015 | PAYMENT REQUEST-NOTICE OF APPEAL | 3 - 2167 |

| 7/15/2015 | Appeal Bill Of Cost | 3 - 2168 |
| 7/16/2015 | Docket Sheet | 3 - 2170 |
| 7/15/2015 | Clerks Seal | 3 - 2179 |

Comments:

8

TAB 2


Order granting Defendant Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Rule 91a motion to dismiss in Cause Nos. 427,208 and/or 427,208-401 signed on November 10, 2014

CAUSE NO. 427.208

| | | |
|---|---|---|
| RUBY S. PETERSON, Individually, | § | IN PROBATE COURT NO. 1 |
| MACKEY ("MACK") GLEN PETERSON | § | |
| PETERSON, Individually, Next Friend | § | |
| Attorney-in-Fact for RUBY | § | |
| PETERSON, DON LESLIE PETERSON | § | |
| Individually, Next Friend, Attorney-in- | § | |
| Fact of RUBY S. PETERSON, LONNY | § | |
| PETERSON, Individually and Next Friend | § | |
| Of RUBY S. Peterson | § | |
| | § | |
| VS. | § | OF |
| | § | |
| CAROL ANNE MANLEY, | § | |
| DAVID PETERSON, SILVERADO | § | |
| SENIOR LIVING, INC. d/b/a SILVERADO | § | |
| SENIOR LIVING – SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT SILVERADO SENIOR LIVING, INC. D/B/A SILVERADO SENIOR LIVING - SUGAR LAND'S RULE 91a MOTION TO DISMISS

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Motion to Dismiss Pursuant to TRCP Rule 91a and the Court after reviewing such motion is of the opinion that this Motion is well taken should be in all things **GRANTED**.

PLAINTIFFS' claims for false imprisonment, assault and battery, and conspiracy are hereby DISMISSED WITH PREJUDICE solely as to Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land.

IT IS FURTHER ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land be awarded its costs and attorneys' fees after considering evidence within thirty (30) days from the date of this order.

All relief not expressly granted herein is denied.

SIGNED this _10th_ day of _November_ 20_14_.

_____
Judge Presiding

4847-2020-9184.1

# TAB 3


Order denying motion to reconsider 91a
motion to dismiss and motion
for sanctions, signed on
January 9, 2015

CAUSE NO. 427,208 -401

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON: TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING — | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## ORDER DENYING MOTION TO RECONSIDER
## 91a MOTION TO DISMISS AND MOTION FOR SANCTIONS

BE IT REMEMBERED that on this day came on to be considered Plaintiffs Motion to Reconsider Rulings with Affidavit of Inability to Pay and Counter Motion for Sanctions and/or Application of Clean Hands Doctrine and Brief in Support of Motion to Reconsider and Rescind Rule 91A Dismissal of Silverado and Sanctions Orders and the Court after reviewing such motion, briefing and any responses is of the opinion that this Motion and Brief in Support should be DENIED .

It is therefore ORDERED that Plaintiffs' Motion to Reconsider and Rescind Rule 91a Dismissal of Silverado and Request for Sanctions against Silverado and Josh Davis is HEREBY DENIED.

All relief not expressly granted herein is denied.

SIGNED this _7th_ day of _January_ 2014.

_____
JUDGE PRESIDING

4845-9192-5280 1

# TAB 4

Order granting application for attorney's
fees pursuant to Rule 91a Order
entered on November 10, 2014,
signed on January 9, 2015

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON PETERSON; TONYA PETERSON Individually and as Next Friend of RUBY PETERSON; DON LESLIE PETERSON; CAROL PETERSON, Individually and as Next Friend of RUBY PETERSON; and LONNY PETERSON, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN PROBATE COURT NO. 1 |
| VS. | §<br>§ | |
| SILVERADO SENIOR LIVING, INC. d/b/a SILVERADO SENIOR LIVING – SUGAR LAND | §<br>§<br>§ | HARRIS COUNTY, TEXAS |

## ORDER GRANTING APPLICATION FOR ATTORNEY FEES PURSUANT TO RULE 91a ORDER ENTERED ON NOVEMBER 10, 2014

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land Application for Attorney Fees Pursuant to Rule 91a Order Entered On November 10, 2014 and the Court after reviewing such motion, supplement, any response thereto, objections and response, and oral argument is of the opinion that this Motion is well taken should be in all things **GRANTED**.

IT IS THEREFORE ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land be awarded its costs and attorneys' fees in the amount of $ 83,265.54

IT IS FURTHER ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land be awarded its costs and attorneys' fees in the amount of $ 10,000.00 in the event of appeal, $ 7500.00 if plaintiff files a Writ of Error or Petition for Review with the Supreme Court of Texas, and $ 7500.00 if the Writ of Error or Petition for Review is Granted by the Supreme Court of Texas.

All relief not expressly granted herein is denied.

SIGNED this ___9 th___ day of ___January___ 2015.

_____
JUDGE PRESIDING

Approved and Entry Requested By:

/S/ Christian R. Johnson

_____
JOSH K. DAVIS
State Bar No. 24031993
CHRISTIAN R. JOHNSON
State Bar No. 24062345
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
**ATTORNEYS FOR DEFENDANTS,**
**SILVERADO SENIOR LIVING, INC. D/B/A**
**SILVERADO SENIOR LIVING SUGAR LAND**

4811-0648-8097.1

# TAB 5

Order granting Silverado's first amended plea to the jurisdiction, signed on January 9, 2015

CAUSE NO. 427,208 –4C1

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## MODIFIED ORDER GRANTING SILVERADO'S
## FIRST AMENDED PLEA TO THE JURISDICTION

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's First Amended Plea to the Jurisdiction and the Court after reviewing such motion together with supplementation and any response thereto is of the opinion that this Motion is well taken should be in all things **GRANTED**.

It is HEREBY ORDERED, ADJUDGED and DECREED that PLAINTIFFS Carol Peterson and Tonya Peterson do not have standing to bring claims on behalf of RUBY PETERSON as next friends or otherwise. The sole persons with standing to bring claims on behalf of RUBY PETERSON are David Peterson, Carol Manley and/or her Court appointed ad litems.

All relief not expressly granted herein is denied.

SIGNED this 12th day of May 2015.

_____
JUDGE PRESIDING

4849-4764-0354 1

# TAB 6

Order granting Silverado's 91a motion to dismiss Plaintiffs' breach of trust and/or breach of fiduciary duty in Cause No. 427,208 and/or No. 427,208-401, signed on January 9, 2015

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON. | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING — | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING SILVERADO'S 91a MOTION TO DISMISS
## PLAINTIFFS' BREACH OF TRUST AND/OR BREACH OF FIDUCIARY DUTY

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living — Sugar Land's Motion to Dismiss Pursuant to TRCP Rule 91a and the Court after reviewing such motion, supplement and any response thereto is of the opinion that this Motion is well taken should be in all things **GRANTED**.

PLAINTIFFS' claim for breach of trust and/or breach of fiduciary duty is hereby DISMISSED WITH PREJUDICE as to Silverado Senior Living, Inc. d/b/a Silverado Senior Living — Sugar Land.

IT IS FURTHER ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living — Sugar Land be awarded its costs and attorneys' fees in the amount of $2,692.50.

IT IS FURTHER ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living — Sugar Land be awarded its costs and attorneys' fees in the amount of $750 in the event Plaintiffs' file a motion to reconsider, $10,000.00 in the event of appeal, $7,500.00 if plaintiff files a Writ of Error or Petition for Review with the Supreme Court of Texas, and $7,500.00 if the Writ of Error or Petition for Review is Granted by the Supreme Court of Texas.

4836-8319-2129 1

All relief not expressly granted herein is denied.

SIGNED this 9th day of January 2015.

_____
JUDGE PRESIDING

# TAB 7

Order granting Silverado's motion to modify order granting first amended plea to the jurisdiction in Cause No. 427,208 and/or No.427,208-401, signed on May 12, 2015

CAUSE NO. 427,208

| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING SILVERADO'S MOTION TO MODIFY ORDER GRANTING FIRST AMENDED PLEA TO THE JURISDICTION

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land Motion to Modify Order Granting First Amended Plea to the Jurisdiction and the Court after reviewing such motion together with any response thereto is of the opinion that this Motion is well taken should be in all things **GRANTED**.

It is HEREBY ORDERED, ADJUDGED and DECREED that the Second Paragraph of the Order Granting First Amended Plea to the Jurisdiction is HEREBY STRICKEN and modified to be REPLACED with the following:

It is HEREBY ORDERED, ADJUDGED and DECREED that PLAINTIFFS Carol Peterson and Tonya Peterson do not have standing to bring claims on behalf of RUBY PETERSON as next friends or otherwise. The sole persons with standing to bring claims on behalf of RUBY PETERSON are David Peterson, Carol Manley and/or her Court appointed ad litems.

All relief not expressly granted herein is denied.

SIGNED this 12th day of May 2015.

_____

JUDGE PRESIDING

# TAB 8


Modified Order granting Silverado's first
amended plea to the jurisdiction in
Cause No. 427,208 and/or No. 427,208-401,
signed on May 12, 2015

CAUSE NO. 427,208 -401

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## MODIFIED ORDER GRANTING SILVERADO'S
## FIRST AMENDED PLEA TO THE JURISDICTION

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's First Amended Plea to the Jurisdiction and the Court after reviewing such motion together with supplementation and any response thereto is of the opinion that this Motion is well taken should be in all things **GRANTED**.

It is HEREBY ORDERED, ADJUDGED and DECREED that PLAINTIFFS Carol Peterson and Tonya Peterson do not have standing to bring claims on behalf of RUBY PETERSON as next friends or otherwise. The sole persons with standing to bring claims on behalf of RUBY PETERSON are David Peterson, Carol Manley and/or her Court appointed ad litems.

All relief not expressly granted herein is denied.

SIGNED this 12th day of May 2015.

_____
JUDGE PRESIDING

# TAB 9

# Amended Notice of Appeal,
dated June 16, 2015

DV

ACCEPTED
01-15-00567-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 5:18:59 PM
CHRISTOPHER PRINE
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 5:18:59 PM
CHRISTOPHER A. PRINE
Clerk

NO. 427,208 – 401                    **PROBATE COURT 1**

[formerly Cause No. 2014-40980]

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON, | § | IN THE PROBATE COURT |
| PETERSON, Individually, Next Friend | § | |
| of RUBY PETERSON, DON LESLIE | § | [transferred from the 129th |
| PETERSON, Individually and as Next | § | Judicial District Court] |
| Friend, of RUBY PETERSON, and | § | |
| LONNY PETERSON, Individually and | § | |
| Next Friend of RUBY S. PETERSON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | NO. ONE |
| | § | |
| CAROL ANNE MANLEY, | § | |
| DAVID PETERSON, SILVERADO | § | |
| SENIOR LIVING, INC., d/b/a Silverado | § | |
| Senior Living – Sugar Land, | § | |
| | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE PRESIDING AND TO THE JUSTICES OF THE FIRST AND FOURTEENTH JUDICIAL DISTRICT COURTS OF APPEALS:

NOW COME, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON ("Plaintiffs"), by and through undersigned counsel, and file their Amended Notice of Appeal pursuant to TRAP Rule 25.1, and would show the Court as follows:

1       MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON timely filed their Notice of Appeal from a

1

final judgment and various orders of the trial court in Cause Nos. 427,208 and 427,208-401 on June 8, 2015. On June 15, 2015, the Probate Clerk notified the undersigned counsel that separate notices of appeal need to be filed for each case. Therefore, Plaintiffs are now filing amended notices of appeal for each case.

2        MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to Appeal from the following Orders:

A        Order for Sanctions in Cause Nos. 427,208, and/or 2014-40980, signed on November 10, 2014;

B        Order on David Peterson and Carol Ann Manley's Motion for Sanctions in Cause Nos. 427,208-401, signed on November 10, 2014;

C        Order granting Defendant Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Rule 91a motion to dismiss in Cause Nos. 427,208 and/or 427,208-401 signed on November 10, 2014;

D        Order Granting Authority for Guadian (sic) ad litem and Attorney ad litem to Execute Peterson Rule 11 Agreement in Cause Nos. 427,208-401, signed on November 7, 2014;

E        Order denying motion to reconsider 91a motion to dismiss and motion for sanctions, signed on January 9, 2015;

2

F      Order granting application for attorney's fees pursuant to Rule 91a

Order entered on November 10, 2014, signed on January 9, 2015;

G      Order granting Silverado's first amended plea to the jurisdiction,

signed on January 9, 2015;

H      Order granting Silverado's 91a motion to dismiss Plaintiffs' breach of

trust and/or breach of fiduciary duty in Cause No. 427,208 and/or No.

427,208-401, signed on January 9, 2015;

I      Order Approving Appointee Fees in Cause Nos. 427,208 and/or

2014-40980, signed on January 9, 2015;

J      Order granting Silverado's motion to modify order granting first

amended plea to the jurisdiction in Cause No. 427,208 and/or No.

427,208-401, signed on May 12, 2015; and

K      Modified Order granting Silverado's first amended plea to the

jurisdiction in Cause No. 427,208 and/or No. 427,208-401, signed on

May 12, 2015.

3    The dates of the Orders appealed from are November 7, 2014, November 10, 2014, January 9, 2015, and May 12, 2015.

4    MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to appeal.

3

MACKEY GLEN PETERSON TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to appeal to the First or Fourteenth Court of Appeals, Houston, Texas.

6  MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON are the parties filing this appeal.

7  This Notice of Appeal is being served on all parties to the court's Orders.

WHEREFORE, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON hereby file this amended notice of appeal.  They also claim such further relief to which they may be justly entitled.

Respectfully submitted,

Philip M. Ross
SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:  /s/ Philip M. Ross
 Philip M. Ross
Candice Schwager
1417 Ramada Drive
Houston, TX 77062
Phone:  832-315-8489
FAX:  713-583-0355

Attorneys for MACKEY GLEN
PETERSON, TONYA PETERSON,
DON LESLIE PETERSON, and LONNY
PETERSON

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was e-filed and sent by email or electronic delivery by agreement to:

Sarah Pacheco
Kathleen Beduze
Crain, Caton & James, PC
1401 McKinney St., Suite 1700
Houston, TX 77010

Russ Jones
Underwood, Jones, Scherrer &
Malouf, PLLC
5177 Richmond Ave., Suite 505
Houston, TX 77056

Jill Young
MacIntyre, McCulloch, Stanfield, Young, LLP
2900 Weslayan, Suite 150
Houston, TX 77027

Josh Davis
Lewis Brisbois Bisgaard & Smith, LLP
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, TX 77046

on June 16, 2015.

/s/ Philip M. Ross
Philip M. Ross